No. 05–5115.  Santos Reyes v. United States.  C. A. 11th Cir.  Certiorari denied.

No. 05–5116.  Saez v. United States.  C. A. 2d Cir.  Certiorari denied.

No. 05–5117.  Segura-Cabezas v. United States.  C. A. 11th Cir.  Certiorari denied.

No. 05–5118.  Rodriguez v. Castro, Warden.  C. A. 9th Cir.  Certiorari denied.

No. 05–5119.  Hicks v. Braxton, Warden.  C. A. 4th Cir.  Certiorari denied.

No. 05–5121.  Reynoso v. McGinnis, Superintendent, Southport Correctional Facility.  C. A. 2d Cir.  Certiorari denied.

No. 05–5122.  Carlyle v. Social Security Administration et al.  C. A. 4th Cir.  Certiorari denied.

No. 05–5123.  Ross v. Bryant, Warden.  C. A. 7th Cir.  Certiorari denied.

No. 05–5124.  Cruz-Aponte v. United States.  C. A. 1st Cir.  Certiorari denied.

No. 05–5125.  Dobbs v. Mississippi et al.  C. A. 5th Cir.  Certiorari denied.

No. 05–5126.  Henderson v. Hill, Superintendent, Snake River Correctional Institution.  C. A. 9th Cir.  Certiorari denied.

No. 05–5127.  Cavanaugh v. Nevada.  Sup. Ct. Nev.  Certiorari denied.

No. 05–5128.  DeBerry v. Smith, Superintendent, Shawangunk Correctional Facility.  C. A. 2d Cir.  Certiorari denied.

No. 05–5129.  Malone et al. v. Washington.  Sup. Ct. Wash.  Certiorari denied.